CYNTHIA D'AVANZO *v.* CITICORP MORTGAGE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 621 (AC 11493), is denied.

*Kevin A. Coles,* in support of the petition.

Decided September 15, 1993

CITICORP MORTGAGE, INC. *v.* CYNTHIA D'AVANZO

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 621 (AC 11960), is denied.

*Kevin A. Coles,* in support of the petition.

*Deborah L. Dorio,* in opposition.

Decided September 15, 1993

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 629 (AC 11160), is granted, limited to the following issues: